NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-3663
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-mj-1057-PAL |
| Plaintiff, | **MOTION TO DISMISS COMPLAINT AND QUASH ARREST WARRANT** |
| vs. | |
| JOSE VALLE-REGALADO, | |
| Defendant. | |

COMES NOW, the United States of America by and through NICHOLAS A. TRUTANICH, United States Attorney, and CHRISTOPHER LIN, Assistant United States Attorney, and files its Motion to Dismiss the Complaint and Quash the Arrest Warrant as to the captioned defendant.

On October 31, 2017, a Criminal Complaint was filed charging defendant JOSE VALLE-REGALADO (REGALADO) with Illegal Alien Found Unlawfully in the United States Following Deportation in violation of 8 U.S.C. §§ 1326(a) and (b)(2) after he was found in the United States on or about October 26, 2017. On November 29, 2017, prior to his arrest on the Criminal Complaint, REGALADO was charged by indictment under

docket number 2:17-cr-00380-NJK-JCM for the same offense charged in the Criminal Complaint. REGALADO was subsequently arrested on August 19, 2019, was arraigned on the indictment, pleaded guilty on November 4, 2019, and was sentenced on February 4, 2020.

Therefore, the United States respectfully requests that the captioned Criminal Complaint against REGALADO be dismissed and the corresponding Arrest Warrant issued be quashed.

Dated this 6 day of February, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

CHRISTOPHER LIN
Assistant United States Attorney

The Government's motion is hereby GRANTED.

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 2/7/2020

2